GRACE PIERCE v. ORTHO PHARMACEUTICAL CORPORATION.

May 15, 1979. Petition for certification granted. (See 166 *N.J.Super.* 335)

STATE OF NEW JERSEY v. MICHAEL J. D'ARMINIO.

May 15, 1979. Petition for certification denied.

CIVIL SERVICE COMMISSION v. SENATE OF THE STATE OF NEW JERSEY AND GENERAL ASSEMBLY OF THE STATE OF NEW JERSEY.

May 15, 1979. Petition for certification denied. (See 165 *N.J.Super.* 144)

J. BOYLAN v. MARIA SUAREZ.

May 15, 1979. Petition for certification denied.

CHEMICAL & POLLUTION SCIENCES, INC.

v.

WATER POLICY & SUPPLY COUNCIL.

May 15, 1979. Petition for certification denied.